OMB Approval: 1205-0466
Expiration Date: 8/31/2022

H-2A Agricultural Clearance Order
Form ETA-790A
**U.S. Department of Labor**



## A. Job Offer Information

| | |
|---|---|
| 1. Job Title * Farmworkers & Laborers | |

| 2. Workers Needed * | a. Total | b. H-2A | Period of Intended Employment | |
|---|---|---|---|---|
| | 24 | 24 | 3. Begin Date * 6/25/2022 | 4. End Date * 12/25/2022 |

5. Will this job generally require the worker to be on-call 24 hours a day and 7 days a week? *
If "Yes", proceed to question 8. If "No", complete questions 6 and 7 below.     ☐ Yes   ☒ No

6. Anticipated days and hours of work per week *

| 42 | **a. Total Hours** | 7 | c. Monday | 7 | e. Wednesday | 7 | g. Friday | 7 |
| 0 | b. Sunday | 7 | d. Tuesday | 7 | f. Thursday | 7 | h. Saturday | |

7. Hourly work schedule *
a. __7__ : 00  ☒ AM ☐ PM
b. __3__ : 00  ☐ AM ☒ PM

**Temporary Agricultural Services and Wage Offer Information**

8a. Job Duties - Description of the specific services or labor to be performed. *
*(Please begin response on this form and use Addendum C if additional space is needed.)*
See Addendum C

| 8b. Wage Offer * $ __14__ . _16_ | 8c. Per * ☒ HOUR ☐ MONTH | 8d. Piece Rate Offer § $ __00__ . _50_ | 8e. Piece Rate Units/Special Pay Information § Sweet Potatoes - per 5/8 bu. bucket |
|---|---|---|---|

9. Is a completed **Addendum A** providing additional information on the crops or agricultural activities and wage offers attached to this job offer? *     ☒ Yes  ☐ No

10. Frequency of Pay. * ☒ Weekly  ☐ Biweekly  ☐ Monthly  ☐ Other (specify): __N/A__

11. State all deduction(s) from pay and, if known, the amount(s). *
*(Please begin response on this form and use Addendum C if additional space is needed.)*
See Addendum C

Form ETA-790A
H-2A Case Number: H-300-22110-090553
Case Status: Full Certification
Determination Date: 05/12/2022
Validity Period: ____ to ____
**FOR DEPARTMENT OF LABOR USE ONLY**
Page 1 of 8

H-2A Agricultural Clearance Order
Form ETA-790A
**U.S. Department of Labor**



## B. Minimum Job Qualifications/Requirements

1. Education: minimum U.S. diploma/degree required. *
   ☑ None  ☐ High School/GED  ☐ Associate's  ☐ Bachelor's  ☐ Master's or Higher  ☐ Other degree (JD, MD, etc.)

| 2. Work Experience: number of <u>months</u> required. * | 1 | 3. Training: number of <u>months</u> required. * | 0 |
| --- | --- | --- | --- |

4. Basic Job Requirements (check all that apply) *
   ☐ a. Certification/license requirements          ☑ g. Exposure to extreme temperatures
   ☐ b. Driver requirements                          ☑ h. Extensive pushing or pulling
   ☐ c. Criminal background check                    ☐ i. Extensive sitting or walking
   ☑ d. Drug screen                                  ☑ j. Frequent stooping or bending over
   ☑ e. Lifting requirement  75  lbs.               ☑ k. Repetitive movements

| 5a. Supervision: does this position supervise the work of other employees?  ☐ Yes  ☑ No | 5b. If "Yes" to question 5a, enter the number of employees worker will supervise. § | |
| --- | --- | --- |

6. Additional Information Regarding Job Qualifications/Requirements.
   *(Please begin response on this form and use Addendum C if additional space is needed.  If no additional skills or requirements, enter "NONE" below)* *
   See Addendum C

## C. Place of Employment Information

1. Address/Location *
   Lamm Farms: 6504 Old Raleigh Rd

| 2. City * | 3. State * | 4. Postal Code * | 5. County * |
| --- | --- | --- | --- |
| Sims | North Carol | 27880 | Wilson |

6. Additional Place of Employment Information  *(If no additional information, enter "NONE" below)* *
   Primary work site address includes all employer's fields located adjacent/nearby.  La direccin del sitio de trabajo principal incluye todos los campos del empleador ubicados adyacentes/cercanos.

| 7. Is a completed **Addendum B** providing additional information on the places of employment and/or agricultural businesses who will employ workers, or to whom the employer will be providing workers, attached to this job order? * | ☑ Yes  ☐ No |
| --- | --- |

## D. Housing Information

1. Housing Address/Location *
   S34523--5976 Pine St.

| 2. City * | 3. State * | 4. Postal Code * | 5. County * |
| --- | --- | --- | --- |
| Bailey | North Carol | 27807 | Nash |

| 6. Type of Housing * | 7. Total Units * | 8. Total Occupancy * |
| --- | --- | --- |
| House | 1 | 7 |

| 9. Housing complies or will comply with the following applicable standards: * | ☑ Local  ☑ State  ☑ Federal |
| --- | --- |

10. Additional Housing Information.  *(If no additional information, enter "NONE" below)* *
    See Addendum C

| 11. Is a completed **Addendum B** providing additional information on housing that will be provided to workers attached to this job order? * | ☑ Yes  ☐ No |
| --- | --- |

Form ETA-790A                    **FOR DEPARTMENT OF LABOR USE ONLY**                    Page 2 of 8
H-2A Case Number:  H-300-22110-090553    Case Status: Full Certification    Determination Date: 05/12/2022    Validity Period: _____ to _____

Case 5:23-cv-00417-BO-BM   Document 1-2   Filed 07/28/23   Page 2 of 21

H-2A Agricultural Clearance Order
Form ETA-790A
**U.S. Department of Labor**



## E. Provision of Meals

1. Describe <u>how</u> the employer will provide each worker with 3 meals a day or furnish free and convenient cooking and kitchen facilities. * *(Please begin response on this form and use Addendum C if additional space is needed.)*

Employer will furnish free and convenient cooking and kitchen facilities so workers may prepare their own meals. Workers will buy their own groceries.  Once a week, the employer will provide (on a voluntary basis) transportation to assure workers access to stores where they can purchase groceries.  These board arrangements apply only to workers living in employer-provided housing.  Empleador proporcionara instalaciones de cocina gratis y conveniente para los trabajadores viviendo en la vivienda proporcionada para que los trabajadores pueden prepararse su propia comida.  Tranporte gratuito en un vehculo sera proporcionado al menos una vez cada semana por los trabajadores para comprar sus propios alimentos.  Estos arreglos applicar solamente a trabajadores que viven en la vivienda provistos por el empleador.

| 2. If meals are provided, the employer: * | ☑ **WILL NOT** charge workers for such meals. | | |
|---|---|---|---|
| | ☐ **WILL** charge workers for such meals at | **$** _____ . _____ | per day per worker. |

## F. Transportation and Daily Subsistence

1. Describe the terms and arrangement for daily transportation the employer will provide to workers. *
   *(Please begin response on this form and use Addendum C if additional space is needed.)*
   See Addendum C

2. Describe the terms and arrangements for providing workers with transportation (a) to the place of employment (i.e., inbound) and (b) from the place of employment (i.e., outbound). *
   *(Please begin response on this form and use Addendum C if additional space is needed.)*
   See Addendum C

| 3. During the travel described in Item 2, the employer will pay for or reimburse daily meals by providing each worker * | a. no less than | **$** __14__ . _00_ | per day * |
|---|---|---|---|
| | b. no more than | **$** __59__ . _00_ | per day with receipts |

Form ETA-790A    **FOR DEPARTMENT OF LABOR USE ONLY**    Page 3 of 8
H-2A Case Number: H-300-22110-090553   Case Status: Full Certification   Determination Date: 05/12/2022   Validity Period: _____ to _____

Case 5:23-cv-00417-BO-BM   Document 1-2   Filed 07/28/23   Page 3 of 21

H-2A Agricultural Clearance Order
Form ETA-790A
**U.S. Department of Labor**



## G. Referral and Hiring Instructions

1. Explain <u>how</u> prospective applicants may be considered for employment under this job order, including verifiable contact information for the employer, or the employer's authorized hiring representative, methods of contact, and the days and hours applicants will be considered for the job opportunity. *
   *(Please begin response on this form and use Addendum C if additional space is needed.)*
   See Addendum C

| 2. Telephone Number to Apply * | 3. Email Address to Apply * |
|---|---|
| +1 (252) 292-9327 | stepha4916@gmail.com |

4. Website address (URL) to Apply *
www.ncworks.gov

## H. Additional Material Terms and Conditions of the Job Offer

| 1. Is a completed **Addendum C** providing additional information about the material terms, conditions, and benefits (monetary and non-monetary) that will be provided by the employer attached to this job order? * | ☑ Yes ☐ No |
|---|---|

Case 5:23-cv-00417-BO-BM Document 1-2 Filed 07/28/23 Page 4 of 21



## I. Conditions of Employment and Assurances for H-2A Agricultural Clearance Orders

By virtue of my signature below, I **HEREBY CERTIFY** my knowledge of and compliance with applicable Federal, State, and local employment-related laws and regulations, including employment-related health and safety laws, and certify the following conditions of employment:

1. **JOB OPPORTUNITY**: Employer assures that the job opportunity identified in this clearance order (hereinafter also referred to as the "job order") is a full-time temporary position being placed with the SWA in connection with an H-2A *Application for Temporary Employment Certification* for H-2A workers and this clearance order satisfies the requirements for agricultural clearance orders in 20 CFR 653, subpart F and the requirements set forth in 20 CFR 655.122. This job opportunity offers U.S. workers no less than the same benefits, wages, and working conditions that the employer is offering, intends to offer, or will provide to H-2A workers and complies with the requirements at 20 CFR 655, Subpart B. The job opportunity is open to any qualified U.S. worker regardless of race, color, national origin, age, sex, religion, handicap, or citizenship.

2. **NO STRIKE, LOCKOUT, OR WORK STOPPAGE**: Employer assures that this job opportunity, including all worksites for which the employer is requesting H-2A labor certification does not currently have workers on strike or being locked out in the course of a labor dispute. 20 CFR 655.135(b).

3. **HOUSING FOR WORKERS**: Employer agrees to provide for or secure housing for H-2A workers and those workers in corresponding employment who are not reasonably able to return to their residence at the end of the work day. That housing complies with the applicable local, State, or Federal standards and is sufficient to house the specified number of workers requested through the clearance system. The employer will provide the housing without charge to the worker. Any charges for rental housing will be paid directly by the employer to the owner or operator of the housing. If public accommodations are provided to workers, the employer agrees to pay all housing-related charges directly to the housing's management. The employer agrees that charges in the form of deposits for bedding or other similar incidentals related to housing (e.g., utilities) must not be levied upon workers. However, the employer may require workers to reimburse them for damage caused to housing by the individual worker(s) found to have been responsible for damage which is not the result of normal wear and tear related to habitation. When it is the prevailing practice in the area of intended employment and the occupation to provide family housing, the employer agrees to provide family housing at no cost to workers with families who request it. 20 CFR 655.122(d), 653.501(c)(3)(vi).

   *Request for Conditional Access to Intrastate or Interstate Clearance System*: Employer assures that the housing disclosed on this clearance order will be in full compliance with all applicable local, State, or Federal standards at least 20 calendar days before the housing is to be occupied. 20 CFR 653.502(a)(3). The Certifying Officer will not certify the application until the housing has been inspected and approved.

4. **WORKERS' COMPENSATION COVERAGE**: Employer agrees to provide workers' compensation insurance coverage in compliance with State law covering injury and disease arising out of and in the course of the worker's employment. If the type of employment for which the certification is sought is not covered by or is exempt from the State's workers' compensation law, the employer agrees to provide, at no cost to the worker, insurance covering injury and disease arising out of and in the course of the worker's employment that will provide benefits at least equal to those provided under the State workers' compensation law for other comparable employment. 20 CFR 655.122(e).

5. **EMPLOYER-PROVIDED TOOLS AND EQUIPMENT**: Employer agrees to provide to the worker, without charge or deposit charge, all tools, supplies, and equipment required to perform the duties assigned. 20 CFR 655.122(f).

6. **MEALS**: Employer agrees to provide each worker with three meals a day or furnish free and convenient cooking and kitchen facilities to the workers that will enable the workers to prepare their own meals. Where the employer provides the meals, the job offer will state the charge, if any, to the worker for such meals. The amount of meal charges is governed by 20 CFR 655.173. 20 CFR 655.122(g).

   For workers engaged in the herding or production of livestock on the range, the employer agrees to provide each worker, without charge or deposit charge, (1) either three sufficient meals a day, or free and convenient cooking facilities and adequate provision of food to enable the worker to prepare his own meals. To be sufficient or adequate, the meals or food provided must include a daily source of protein, vitamins, and minerals; and (2) adequate potable water, or water that can be easily rendered potable and the means to do so. 20 CFR 655.210(e).

7. **TRANSPORTATION AND DAILY SUBSISTENCE**: Employer agrees to provide the following transportation and daily subsistence benefits to eligible workers.

   A. *Transportation to Place of Employment (Inbound)*

   If the worker completes 50 percent of the work contract period, and the employer did not directly provide such transportation or subsistence or otherwise has not yet paid the worker for such transportation or subsistence costs, the employer agrees to reimburse the worker for reasonable costs incurred by the worker for transportation and daily subsistence from the place from which the worker has come to work for the employer, whether in the U.S. or abroad to the place of employment. The amount of the transportation payment must be no less (and is not required to be more) than the most economical and reasonable common carrier transportation charges for the distances involved. The amount the employer will pay for daily subsistence expenses are those amounts disclosed in this clearance order, which are at least as much as the employer would charge the worker for providing the worker with three meals a day during employment (if applicable), but in no event will less than the amount permitted under 20 CFR 655.173(a). The employer understands that the Fair Labor Standards Act applies independently of the H-2A requirements and imposes obligations on employers regarding payment of wages. 20 CFR 655.122(h)(1).

   B. *Transportation from Place of Employment (Outbound)*

   If the worker completes the work contract period, or is terminated without cause, and the worker has no immediate subsequent H-2A employment, the employer agrees to provide or pay for the worker's transportation and daily subsistence from the place of employment to the place from which the worker, disregarding intervening employment, departed to work for the employer. Return transportation will not be provided to workers who voluntarily abandon employment before the end of the work contract period, or who are terminated for cause, if the employer follows the notification requirements in 20 CFR 655.122(n).

Case 5:23-cv-00417-BO-BM   Document 1-2   Filed 07/28/23   Page 5 of 21

H-2A Case Number: H-300-22110-090553   Case Status: Full Certification   Determination Date: 05/12/2022   Validity Period: _____ to _____



If the worker has contracted with a subsequent employer who has not agreed in such work contract to provide or pay for the worker's transportation and daily subsistence expenses from the employer's worksite to such subsequent employer's worksite, the employer must provide for such expenses. If the worker has contracted with a subsequent employer who has agreed in such work contract to provide or pay for the worker's transportation and daily subsistence expenses from the employer's worksite to such subsequent employer's worksite, the subsequent employer must provide or pay for such expenses.

The employer is not relieved of its obligation to provide or pay for return transportation and subsistence if an H-2A worker is displaced as a result of the employer's compliance with the 50 percent rule as described in sec. 655.135(d) of this subpart with respect to the referrals made after the employer's date of need. 20 CFR 655.122(h)(2).

C.  *Daily Transportation*

Employer agrees to provide transportation between housing provided or secured by the employer and the employer's worksite(s) at no cost to the worker. 20 CFR 655.122(h)(3).

D.  *Compliance with Transportation Standards*

Employer assures that all employer-provided transportation will comply with all applicable Federal, State, or local laws and regulations. Employer agrees to provide, at a minimum, the same transportation safety standards, driver licensure, and vehicle insurance as required under 29 U.S.C. 1841 and 29 CFR 500.105 and 29 CFR 500.120 to 500.128. If workers' compensation is used to cover transportation, in lieu of vehicle insurance, the employer will ensure that such workers' compensation covers all travel or that vehicle insurance exists to provide coverage for travel not covered by workers' compensation. Employer agrees to have property damage insurance. 20 CFR 655.122(h)(4).

8.  **THREE-FOURTHS GUARANTEE**: Employer agrees to offer the worker employment for a total number of work hours equal to at least three-fourths of the workdays of the total period beginning with the first workday after the arrival of the worker at the place of employment or the advertised contractual first date of need, whichever is later, and ending on the expiration date specified in the work contract or in its extensions, if any. 20 CFR 655.122(i).

The employer may offer the worker more than the specified hours of work on a single workday. For purposes of meeting the three-fourths guarantee, the worker will not be required to work for more than the number of hours specified in the job order for a workday, or on the worker's Sabbath or Federal holidays. If, during the total work contract period, the employer affords the U.S. or H-2A worker less employment than that required under this guarantee, the employer will pay such worker the amount the worker would have earned had the worker, in fact, worked for the guaranteed number of days. An employer will not be considered to have met the work guarantee if the employer has merely offered work on three-fourths of the workdays if each workday did not consist of a full number of hours of work time as specified in the job order. All hours of work actually performed may be counted by the employer in calculating whether the period of guaranteed employment has been met. Any hours the worker fails to work, up to a maximum of the number of hours specified in the job order for a workday, when the worker has been offered an opportunity to work, and all hours of work actually performed (including voluntary work over 8 hours in a workday or on the worker's Sabbath or Federal holidays), may be counted by the employer in calculating whether the period of guaranteed employment has been met. 20 CFR 655.122(i).

If the worker is paid on a piece rate basis, the employer agrees to use the worker's average hourly piece rate earnings or the required hourly wage rate, whichever is higher, to calculate the amount due under the three-fourths guarantee. 20 CFR 655.122(i).

If the worker voluntarily abandons employment before the end of the period of employment set forth in the job order, or is terminated for cause, and the employer follows the notification requirements in 20 CFR 655.122(n), the worker is not entitled to the three-fourths guarantee. The employer is not liable for payment of the three-fourths guarantee to an H-2A worker whom the Department of Labor certifies is displaced due to the employer's requirement to hire qualified and available U.S. workers during the recruitment period set out in 20 CPR 655.135(d), which lasts until 50 percent of the period of the work contract has elapsed (50 percent rule). 20 CFR 655.122(i).

*Important Note*: In circumstances where the work contract is terminated due to contract impossibility under 20 CFR 655.122(o), the three-fourths guarantee period ends on the date of termination.

9.  **EARNINGS RECORDS**: Employer agrees to keep accurate and adequate records with respect to the workers' earnings at the place or places of employment, or at one or more established central recordkeeping offices where such records are customarily maintained. All records must be available for inspection and transcription by the Department of Labor or a duly authorized and designated representative, and by the worker and representatives designated by the worker as evidenced by appropriate documentation. Where the records are maintained at a central recordkeeping office, other than in the place or places of employment, such records must be made available for inspection and copying within 72 hours following notice from the Department of Labor, or a duly authorized and designated representative, and by the worker and designated representatives. The content of earnings records must meet all regulatory requirements and be retained by the employer for a period of not less than 3 years after the date of certification by the Department of Labor. 20 CFR 655.122(j).

10.  **HOURS AND EARNINGS STATEMENTS**: Employer agrees to furnish to the worker on or before each payday in one or more written statements the following information: (1) the worker's total earnings for the pay period; (2) the worker's hourly rate and/or piece rate of pay; (3) the hours of employment offered to the worker (showing offers in accordance with the three-fourths guarantee as determined in 20 CFR 655.122(i), separate from any hours offered over and above the guarantee); (4) the hours actually worked by the worker; (5) an itemization of all deductions made from the worker's wages; (6) If piece rates are used, the units produced daily; (7) beginning and ending dates of the pay period; and (8) the employer's name, address and FEIN. 20 CFR 655.122(k).

For workers engaged in the herding or production of livestock on the range, the employer is exempt from recording and furnishing the hours actually worked each day, the time the worker begins and ends each workday, as well as the nature and amount of work performed, but otherwise must comply with the earnings records and hours and earnings statement requirements set out in 20 CFR 655.122(j) and (k). The employer agrees to keep daily records indicating whether the site of the employee's work was on the range or off the range. If the employer prorates a worker's wage because of the worker's voluntary absence for personal reasons, it must also keep a record of the reason for the worker's absence. 20 CFR 655.210(f).

Form ETA-790A                                    FOR DEPARTMENT OF LABOR USE ONLY                                    Page 6 of 8

H-2A Case Number: H-300-22110-090553   Case Status: Full Certification   Determination Date: 05/12/2022   Validity Period: _____ to _____

Case 5:23-cv-00417-BO-BM   Document 1-2   Filed 07/28/23   Page 6 of 21



11. **RATES OF PAY**:  The employer agrees that it will offer, advertise in its recruitment, and pay at least the Adverse Effect Wage Rate (AEWR), the prevailing hourly wage rate, the prevailing piece rate, the agreed-upon collective bargaining rate, or the Federal or State minimum wage rate, in effect at the time work is performed, whichever is highest.  If the worker is paid by the hour, the employer must pay this rate for every hour or portion thereof worked during a pay period.  If the offered wage(s) disclosed in this clearance order is/are based on commission, bonuses, or other incentives, the employer guarantees the wage paid on a weekly, semi-monthly, or monthly basis will equal or exceed the AEWR, prevailing hourly wage or piece rate, the legal Federal or State minimum wage, or any agreed-upon collective bargaining rate, whichever is highest.

If the worker is paid on a piece rate basis and at the end of the pay period the piece rate does not result in average hourly piece rate earnings during the pay period at least equal to the amount the worker would have earned had the worker been paid at the appropriate hourly rate of pay, the employer agrees to supplement the worker's pay at that time so that the worker's earnings are at least as much as the worker would have earned during the pay period if the worker had instead been paid at the appropriate hourly wage rate for each hour worked.  20 CFR 655.120, 655.122(l).

For workers engaged in the herding or production of livestock on the range, the employer agrees to pay the worker at least the monthly AEWR, the agreed-upon collective bargaining wage, or the applicable minimum wage imposed by Federal or State law or judicial action, in effect at the time work is performed, whichever is highest, for every month of the job order period or portion thereof.  If the offered wage disclosed in this clearance order is based on commissions, bonuses, or other incentives, the employer assures that the wage paid will equal or exceed the monthly AEWR, the agreed-upon collective bargaining wage, or the applicable minimum wage imposed by Federal or State law or judicial action, whichever is highest, and will be paid to each worker free and clear without any unauthorized deductions.  The employer may prorate the wage for the initial and final pay periods of the job order period if its pay period does not match the beginning or ending dates of the job order.  The employer also may prorate the wage if an employee is voluntarily unavailable to work for personal reasons.  20 CFR 655.210(g).

12. **FREQUENCY OF PAY**:  Employer agrees to pay workers when due based on the frequency disclosed in this clearance order.  20 CFR 655.122(m).

13. **ABANDONMENT OF EMPLOYMENT OR TERMINATION FOR CAUSE**:  If a worker voluntarily abandons employment before the end of the contract period, or is terminated for cause, employer is not responsible for providing or paying for the subsequent transportation and subsistence expenses of that worker, and that worker is not entitled to the three-fourths guarantee, if the employer notifies the Department of Labor and, if applicable, the Department of Homeland Security, in writing or by any other method specified by the Department of Labor or the Department of Homeland Security in the Federal Register, not later than 2 working days after the abandonment or termination occurs.  A worker will be deemed to have abandoned the work contract if the worker fails to show up for work at the regularly scheduled time and place for 5 consecutive work days without the consent of the employer.  20 CFR 655.122(n).

14. **CONTRACT IMPOSSIBILITY**:  The work contract may be terminated before the end date of work specified in the work contract if the services of the workers are no longer required for reasons beyond the control of the employer due to fire, weather, or other Act of God that makes fulfillment of the contract impossible, as determined by the U.S. Department of Labor.  In the event that the work contract is terminated, the employer agrees to fulfill the three-fourths guarantee for the time that has elapsed from the start date of work specified in the work contract to the date of termination.  The employer also agrees that it will make efforts to transfer the worker to other comparable employment acceptable to the worker and consistent with existing immigration laws.  In situations where a transfer is not affected, the employer agrees to return the worker at the employer's expense to the place from which the worker, disregarding intervening employment, came to work for the employer, or transport the worker to his/her next certified H-2A employer, whichever the worker prefers.  The employer will also reimburse the worker the full amount of any deductions made by the employer from the worker's pay for transportation and subsistence expenses to the place of employment.  The employer will also pay the worker for any transportation and subsistence expenses incurred by the worker to that employer's place of employment.  The amounts the employer will pay for subsistence expenses per day are those amounts disclosed in this clearance order.  The amount of the transportation payment must not be less (and is not required to be more) than the most economical and reasonable common carrier transportation charges for the distances involved. 20 CFR 655.122(o).

The employer is not required to pay for transportation and daily subsistence from the place of employment to a subsequent employer's worksite if the worker has contracted with a subsequent employer who has agreed to provide or pay for the worker's transportation and subsistence expenses from the present employer's worksite to the subsequent employer's worksite.  20 CFR 655.122(h)(2).

15. **DEDUCTIONS FROM WORKER'S PAY**:  Employer agrees to make all deductions from the worker's paycheck required by law.  This job offer discloses all deductions not required by law which the employer will make from the worker's paycheck and all such deductions are reasonable, in accordance with 20 CFR 655.122(p) and 29 CFR part 531.  The wage requirements of 20 CFR 655.120 will not be met where undisclosed or unauthorized deductions, rebates, or refunds reduce the wage payment made to the employee below the minimum amounts required under 20 CFR part 655, subpart B, or where the employee fails to receive such amounts free and clear because the employee kicks back directly or indirectly to the employer or to another person for the employer's benefit the whole or part of the wage delivered to the employee.  20 CFR 655.122(p).

16. **DISCLOSURE OF WORK CONTRACT**:  Employer agrees to provide a copy of the work contract to an H-2A worker no later than the time at which the worker applies for the visa, or to a worker in corresponding employment no later than on the day work commences.  For an H-2A worker coming to the employer from another H-2A employer, the employer agrees to provide a copy of the work contract no later than the time an offer of employment is made to the H-2A worker.  A copy of the work contract will be provided to each worker in a language understood by the worker, as necessary or reasonable.  In the absence of a separate, written work contract entered into between the employer and the worker, the required terms of this clearance order, including all Addendums, and the certified *H-2A Application for Temporary Employment Certification* will be the work contract. 20 CFR 655.122(q).

**Form ETA-790A**                          **FOR DEPARTMENT OF LABOR USE ONLY**                          Page 7 of 8

Case 5:23-cv-00417-BO-BM   Document 1-2   Filed 07/28/23   Page 7 of 21

H-2A Case Number: H-300-22110-090553    Case Status: Full Certification    Determination Date: 05/12/2022    Validity Period: _____ to _____



17. <u>**ADDITIONAL ASSURANCES FOR CLEARANCE ORDERS**</u>:

A. Employer agrees to provide to workers referred through the clearance system the number of hours of work disclosed in this clearance order for the week beginning with the anticipated date of need, unless the employer has amended the date of need at least 10 business days before the original date of need by so notifying the Order-Holding Office (OHO) in writing (e.g., e-mail notification). The employer understands that it is the responsibility of the SWA to make a record of all notifications and attempt to inform referred workers of the amended date of need expeditiously. 20 CFR 653.501(c)(3)(i).

If there is a change to the anticipated date of need, and the employer fails to notify the OHO at least 10 business days before the original date of need, the employer agrees that it will pay eligible workers referred through the clearance system the specified rate of pay disclosed in this clearance order for the first week starting with the originally anticipated date of need or will provide alternative work if such alternative work is stated on the clearance order. 20 CFR 653.501(c)(5).

B. Employer agrees that no extension of employment beyond the period of employment specified in the clearance order will relieve it from paying the wages already earned, or if specified in the clearance order as a term of employment, providing transportation from the place of employment, as described in paragraph 7.B above. 20 CFR 653.501(c)(3)(ii).

C. Employer assures that all working conditions comply with applicable Federal and State minimum wage, child labor, social security, health and safety, farm labor contractor registration, and other employment-related laws. 20 CFR 653.501(c)(3)(iii).

D. Employer agrees to expeditiously notify the OHO or SWA by emailing and telephoning immediately upon learning that a crop is maturing earlier or later, or that weather conditions, over-recruitment, or other factors have changed the terms and conditions of employment. 20 CFR 653.501(c)(3)(iv).

E. If acting as a farm labor contractor (FLC) or farm labor contractor employee (FLCE) on this clearance order, the employer assures that it has a valid Federal FLC certificate or Federal FLCE identification card and when appropriate, any required State FLC certificate. 20 CFR 653.501(c)(3)(v).

F. Employer assures that outreach workers will have reasonable access to the workers in the conduct of outreach activities pursuant to 20 CFR 653.107. 20 CFR 653.501(c)(3)(vii).

*I **declare** under penalty of perjury that I have read and reviewed this clearance order, including every page of this Form ETA-790A and all supporting addendums, and that to the best of my knowledge, the information contained therein is true and accurate. This clearance order describes the actual terms and conditions of the employment being offered by me and contains all the material terms and conditions of the job. 20 CFR 653.501(c)(3)(viii). I understand that to knowingly furnish materially false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a federal offense punishable by fines, imprisonment, or both. 18 U.S.C. 2, 1001.*

| 1. Last (family) name * | 2. First (given) name * | 3. Middle initial § |
|---|---|---|
| Alvarado | Beatriz | M |

| 4. Title * | | |
|---|---|---|
| Owner | | |

| 5. Signature (or digital signature) * | | 6. Date signed * |
|---|---|---|
| Digital Signature Verified and Retained By | *Certifying Officer* | 4/29/2022 |

**Employment Service Statement**

In view of the statutorily established basic function of the Employment Service (ES) as a no-fee labor exchange, that is, as a forum for bringing together employers and job seekers, neither the Department of Labor's Employment and Training Administration (ETA) nor the SWAs are guarantors of the accuracy or truthfulness of information contained on job orders submitted by employers. Nor does any job order accepted or recruited upon by the ES constitute a contractual job offer to which the ETA or a SWA is in any way a party. 20 CFR 653.501(c)(1)(i).

**Public Burden Statement** *(1205-0466)*

Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. Public reporting burden for this collection of information is estimated to average .63 hours per response for all information collection requirements, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing, reviewing, and submitting the collection of information. The obligation to respond to this data collection is required to obtain/retain benefits (44 U.S.C. 3501, Immigration and Nationality Act, 8 U.S.C. 1101, et seq.). Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Labor, Employment and Training Administration, Office of Foreign Labor Certification, 200 Constitution Ave., NW, Suite PPII 12-200, Washington, DC, 20210. (Paperwork Reduction Project OMB 1205-0466). DO NOT send the completed application to this address.

**Form ETA-790A** Case 5:23-cv-00417-BO-BM Document 1-2 Filed 07/28/23 Page 8 of 21 Page 8 of 8
H-2A Case Number: H-300-22110-090553 Case Status: Full Certification Determination Date: 05/12/2022 Validity Period: _____ to _____

FOR DEPARTMENT OF LABOR USE ONLY



### A.9. Additional Crop or Agricultural Activities and Wage Offer Information

| Crop ID | Crop or Agricultural Activity | Wage Offer | Per | Piece Rate Units/Special Pay Information |
|---|---|---|---|---|
| | Flue-Cured Tobacco | $ 14 . 16 | Hour | |
| | Pull Weeds/Chop | $ 14 . 16 | Hour | |
| | Hand-harvest cukes | $ 01 . 00 | Piece Rate | per 5/8 bu. bucket |
| | | $ ___ . ___ | | |
| | | $ ___ . ___ | | |
| | | $ ___ . ___ | | |
| | | $ ___ . ___ | | |
| | | $ ___ . ___ | | |
| | | $ ___ . ___ | | |
| | | $ ___ . ___ | | |

Page A.1 of A.1

**FOR DEPARTMENT OF LABOR USE ONLY**
Full Certification
Determination Date: 05/12/2022

Case 5:23-cv-00417-BO-BM   Document 1-2   Filed 07/28/23   Page 9 of 21

Validity Period: _____ to _____

OMB Approval: 1205-0466
Expiration Date: 8/31/2022

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| Lamm Farms | 6504 Old Raleigh Rd Sims, North Carolina 27880 WILSON | Primary work site address includes all employer's fields located adjacent/nearby. La direccin del sitio de trabajo principal incluye todos los campos del empleador ubicados adyacentes/cercanos. | 6/25/2022 | 12/25/2022 | 24 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

FOR DEPARTMENT OF LABOR USE ONLY

Case 5:23-cv-00417-BO-BM   Document 1-2   Filed 07/28/23   Page 10 of 21

Validity Period: _____ to _____



## D. Additional Housing Information

| 1. Type of Housing * | 2. Physical Location * | 3. Additional Housing Information § | 4. Total Units * | 5. Total Occupancy * | 6. Applicable Housing Standards * |
|---|---|---|---|---|---|
| House | S34522--605 Ellis St. Wilson, North Carolina 27893 WILSON | Housing is group housing. If a female worker is hired, separate toilet, shower, and sleeping room will be provided. Family housing is not available and the provision of family housing is not a prevailing practice in the area of intended employment. La vivienda es para grupo. Si se contrata a una trabajadora, se proporcionarn bao, ducha y habitacin separadas. Vivienda para toda la familia no es disponible y la provisin de casa para toda una familia no es imperante para el rea de traba | 1 | 7 | ☑ Local ☑ State ☑ Federal |
| House | S37642--207 N Carolina St Goldsboro, North Carolina 27807 WAYNE | Housing is group housing. If a female worker is hired, separate toilet, shower, and sleeping room will be provided. Family housing is not available and the provision of family housing is not a prevailing practice in the area of intended employment. La vivienda es para grupo. Si se contrata a una trabajadora, se proporcionarán baño, ducha y habitación separadas. Vivienda para toda la familia no es disponible y la provisión de casa para toda una familia no es imperante para el área de traba | 1 | 10 | ☑ Local ☑ State ☑ Federal |
|  |  |  |  |  | ☐ Local ☐ State ☐ Federal |
|  |  |  |  |  | ☐ Local ☐ State ☐ Federal |
|  |  |  |  |  | ☐ Local ☐ State ☐ Federal |
|  |  |  |  |  | ☐ Local ☐ State ☐ Federal |
|  |  |  |  |  | ☐ Local ☐ State ☐ Federal |
|  |  |  |  |  | ☐ Local ☐ State ☐ Federal |
|  |  |  |  |  | ☐ Local ☐ State ☐ Federal |
|  |  |  |  |  | ☐ Local ☐ State ☐ Federal |
|  |  |  |  |  | ☐ Local ☐ State ☐ Federal |

Page B.2 of B.2

**Form ETA-790A Addendum B**

**FOR DEPARTMENT OF LABOR USE ONLY**

H-2A Case Number: H-300-22110-090553           Status: Full Certification           Determination Date: 05/12/2023           Validity Period: _____ to _____

Case 5:23-cv-00417-BO-BM   Document 1-2   Filed 07/28/23   Page 11 of 21



## H. Additional Material Terms and Conditions of the Job Offer

a. Job Offer Information 1

| 1. Section/Item Number * | A.8a | 2. Name of Section or Category of Material Term or Condition * | Job Duties |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

Pull weeds/chop: Workers will walk along rows as specified by employer and remove weeds and grass from fields by hand or using a hoe. Hand harvest flue-cured tobacco, pickle cucumbers, and sweet potato. Load and unload flue-cured tobacco, pickle cucumbers, and sweet potato. Perform farm, field and shed sanitation duties. Mow grass and operate trimmer around farm buildings. Workers will perform assigned duties as instructed by their supervisor. May supervise other workers. May operate and perform minor maintenance on farm vehicles or equipment. May drive farm truck, bus, tractor, all-terrain vehicle (ATV) on the farm. May drive bus or van over the road. Though not a hiring requirement, if a worker drives a company vehicle during the period of employment then at the time of operating the company vehicle the driver must possess a valid driver's license issued by a U.S. state or foreign equivalent and operate the company vehicle in accordance with the license restrictions and vehicle classifications applicable to that license. Prolonged walking, standing, bending, stooping, and reaching. Job is outdoors and continues in all types of weather. Workers may be requested to submit to random drug or alcohol tests at no cost to the worker. Failure to comply with the request or testing positive may result in immediate termination. All testing will occur post-hire and is not a part of the interview process. Negative result may be required post-hire and before commencing work. Must be able to lift 75 lbs. to shoulder height repetitively throughout the workday and able to lift and carry 75 lbs. in field. Must not hinder another worker's productivity. Use of personal cell phone or other personal electronic device during working hours strictly prohibited except for work-related calls or emergencies and violation may result in immediate termination. Requires one month verifiable prior farmworker experience in the crop activities listed. Must commit to entire anticipated period of employment.

Tobacco: Harvest workers will move into a row of mature tobacco plants. Each row may be as long as 1500 feet. The tobacco plant may be from 4 to 6 feet tall and spaced about 20 inches apart in each row. Starting at the bottom of the plant, the worker will bend over at the waist and pick the bottom two or three leaves from each plant. Staying bent over, the worker will move down the row of mature tobacco repeating the above-process. (The bottom leaves may be as low as two inches from the ground.) The worker will place the picked leaves under his arm. Once the worker has gathered an armload of leaves, he will carry it to a field sled. The leaves must be laid neatly onto the field sled. The worker then will return to the row and repeat the process. All workers must be able to distinguish ripe tobacco by observing the color of the leaves. Care must be exercised to prevent breaking of the plants. Workers must be able to move quickly along the rows and move in unison with the field sleds. Worker may ride mechanical transplanter and mechanical harvester. Workers may walk behind transplanter to reset missing plants. Workers must remove all flowering tops and suckers from tobacco plants. Workers may be asked to fill and close boxes of green tobacco and push boxes into the barn which requires standing for long periods and physical endurance. Workers may assist in removing tobacco from barn, loading dried tobacco in trailers, unloading onto a picking belt, working to pick out undesirable material from the tobacco, operate a baling machine and assist loading bales on trucks. Workers may assist in removing tobacco from barn, placing on sheets to be bound and loaded on trucks. Weight of sheets of tobacco may be 300 lbs. Workers are required to work in fields when tobacco leaves are wet with dew or rain. Worker should be able to stand for prolonged periods of time to prime (pull) leaves which are from two to ten inches from

b. Job Offer Information 2

| 1. Section/Item Number * | A.11 | 2. Name of Section or Category of Material Term or Condition * | Deductions from Pay |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

The employer will make the following deductions from the worker's wages: FICA, Medicare and income taxes as required by law (unlike U.S. workers, foreign H-2A workers are not subject to payroll tax deductions for FICA, Medicare or federal withholding.); cash advances and repayment of loans; repayment of overpayment of wages to the worker; long-distance telephone charges; recovery of any loss to the employer due to the worker's damage, beyond normal wear and tear, or loss of equipment or housing items where it is shown that the worker is responsible. No deduction not required by law will be made that brings the worker's hourly earnings below the higher of the federal minimum wage and State minimum wage.

Case 5:23-cv-00447-BO-BM   Document 1-2   Filed 07/28/23   Page 12 of 21



**H. Additional Material Terms and Conditions of the Job Offer**

c. Job Offer Information 3

| 1. Section/Item Number * | B.6 | 2. Name of Section or Category of Material Term or Condition * | Additional Information Regarding Job Qualifications/Requirements |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

Prolonged walking, standing, bending, stooping, and reaching. Job is outdoors and continues in all types of weather.  Workers may be requested to submit to random drug or alcohol tests at no cost to the worker.  Failure to comply with the request or testing positive may result in immediate termination.  All testing will occur post-hire and is not a part of the interview process.  Negative result may be required post-hire and before commencing work.  Must be able to lift 75 lbs. to shoulder height repetitively throughout the workday and able to lift and carry 75 lbs. in field.  Must not hinder another workers productivity.  Use of personal cell phone or other personal electronic device during working hours strictly prohibited except for work-related calls or emergencies and violation may result in immediate termination.  Requires one month verifiable prior farmworker experience in the crop activities listed.  Must commit to entire anticipated period of employment.

d. Job Offer Information 4

| 1. Section/Item Number * | D.10 | 2. Name of Section or Category of Material Term or Condition * | Additional Housing Information |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

Housing is group housing.  If a female worker is hired, separate toilet, shower, and sleeping room will be provided.  Family housing is not available and the provision of family housing is not a prevailing practice in the area of intended employment. La vivienda es para grupo. Si se contrata a una trabajadora, se proporcionarn bao, ducha y habitacin separadas. Vivienda para toda la familia no es disponible y la provisin de casa para toda una familia no es imperante para el rea de traba

Page C.2 of C.10

Form ETA-790A Addendum C
H-2A Case Number: H-300-22110-090553

FOR DEPARTMENT OF LABOR USE ONLY
Case Status: _____ Determination Date: ___/___/____
Validity Period: _____ to _____

Case 5:23-cv-00447-BO-BM   Document 1-2   Filed 07/28/23   Page 13 of 21



## H. Additional Material Terms and Conditions of the Job Offer

e. Job Offer Information 5

| 1. Section/Item Number * | G.1 | 2. Name of Section or Category of Material Term or Condition * | Referral and Hiring Instructions |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

All interested local and intrastate candidates should contact their nearest career center for pre-employment screening before contacting the employer. Career center staff may only refer candidates who have been apprised of all the material terms and conditions of employment and have indicated, by accepting referral to the job opportunity, that he or she is qualified, able, willing, and available for employment. Career center staff should fax or email a referral card containing the referral candidates name, address and telephone number to employer first, then instruct the candidate to call the employer directly to schedule a personal interview. Hours for referral candidate to call the employer are 9:00 a.m. to 1:00 p.m., Monday-Friday, excluding all federal holidays. Referral candidates MUST call the employer and schedule an interview appointment prior to coming. No referral candidate is to go to the employers address or work site without a scheduled interview appointment. Candidates recruited from outside normal commuting distance are not required to appear in person for interview. Employer may schedule telephone interview appointments to candidates recruited from outside normal commuting distance. All interstate applicants interested in this job offer should first contact the nearest career center in their state. Career center staff should contact the North Carolina Department of Commerce, Division of Workforce Solutions Ag Services in Raleigh, North Carolina at (984) 236-4227 prior to contacting the employer. Workers should be fully apprised by the local employment office of the terms, conditions and nature of employment prior to referral. Workers recruited against the job offer from within normal commuting distance will not be provided housing, subsistence or transportation. All workers hired under this job order will be required to provide documentation attesting to legal status to work in the United States. All applicants must be able (with or without reasonable accommodation), willing, and qualified to perform all the work described, and must be available for the entire anticipated period of employment. There is no offer or guarantee to be recalled for future employment except for the required solicitation of certain former U.S. workers in compliance with 20 CFR 655.153.

Employer in its discretion may offer a higher wage rate or bonus to a worker employed under this job order due to work performance, skill or tenure. El empleador a su discrecin, puede ofrecer una tasa salarial ms alta o un bono a un trabajador empleado bajo esta orden de trabajo debido a su desempeo laboral, habilidad o tenencia.

f. Job Offer Information 6

| 1. Section/Item Number * | F.1 | 2. Name of Section or Category of Material Term or Condition * | Daily Transportation |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

Employer will provide transportation at no cost to the worker for those workers living in housing provided by the employer and for commuting workers who report to a designated daily job reporting site. Such transportation will comply with all applicable federal, State and local laws and regulations, in accordance with 20 CFR 655.122(h)(4). The use of this daily transportation is voluntary; no worker is required to use the daily transportation offered by the employer.

Form ETA-790A Addendum C
H-2A Case Number: H-300-22110-090553

**FOR DEPARTMENT OF LABOR USE ONLY**
Case Status: _____  Determination Date: __8/31/2022__   Validity Period: _____ to _____

Case 5:23-cv-00447-BO-BM   Document 1-2   Filed 07/28/23   Page 14 of 21



**H. Additional Material Terms and Conditions of the Job Offer**

g. Job Offer Information 7

| 1. Section/Item Number * | F.2 | 2. Name of Section or Category of Material Term or Condition * | Inbound/Outbound Transportation |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

Employer will reimburse transportation and subsistence expenses in accordance with 20 CFR § 655.122(h). Inbound transportation will be reimbursed at the end of the first work week. Workers may select any means of transportation they choose provided, however, that employer may arrange transportation for groups of H-2A or US workers at certain times in its discretion. Inbound and outbound transportation will be reimbursed on the basis of no less (and is not required to be more than) the mos

h. Job Offer Information 8

| 1. Section/Item Number * | B.6 | 2. Name of Section or Category of Material Term or Condition * | Job Requirements - Additional Information Regarding Job Qualifications/Re |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

Prolongado caminar, estar de pie, agachado, doblado y alcanzando. El trabajo es al aire libre y continúa en todo tipo de clima. Los trabajadores pueden ser solicitados a someterse a pruebas de drogas y alcohol al azar sin costo alguno para el trabajador. El incumplimiento de la solicitud o de dar prueba positiva puede resultar en la terminación inmediata. Todas las pruebas se producirán después de ser contratado y no serán parte del proceso de la entrevista. Se requieren resultados negativos antes de comenzar a trabajar. Debe ser capaz de levantar 75 libras a la altura del hombro repetidamente a lo largo de la jornada de trabajo y capaz de levantar y cargar 75 libras en el campo. No debe entorpecer otro trabajador. El uso del teléfono celular personal o otros electrónicos personal durante las horas de trabajo es estrictamente prohibido excepto para llamadas o emergencias relacionadas con el trabajo y violación puede resultar en la terminación inmediata. Requiere un mes de experiencia verificable de trabajadores agrícolas en las actividades de los cultivos mencionados. Debe comprometerse a todo el período anticipado de empleo.

Case 5:23-cv-00447-BO-BM   Document 1-2   Filed 07/28/23   Page 15 of 21



## H. Additional Material Terms and Conditions of the Job Offer

i. Job Offer Information 9

| 1. Section/Item Number * | A.8a | 2. Name of Section or Category of Material Term or Condition * | Job Duties - More Details About Pay |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

To the extent there is any discrepancy between this Form ETA-790A, the Immigration and Nationality Act (the ?INA?), and any applicable H-2A regulations, then the INA and the applicable H-2A Regulations shall control. The offered wage rate may increase or decrease during the life of this work agreement by Department of Labor notification of such change. In the event the AEWR is eliminated from the H-2A program during the life of this work agreement by legislation or court decision the employer reserves the right to pay the new wage rate under the new guidelines as soon as it becomes effective. Employer in its discretion may offer a higher wage rate or bonus to a worker employed under this job order due to work performance, skill or tenure. En la medida en que hay alguna discrepancia entre este ETA Formulario 790A, la Ley de Inmigracin y Nacionalidad (el "INA") y todos los reglamentos de H-2A aplicables, a continuacin, el INA y los reglamentos H-2A aplicables siempre prevalecern. La tarifa de pago ofrecida puede aumentar o disminuir durante la vigencia de este contrato mediante notificacin del DOL de dicho cambio. En el caso de que el AEWR es eliminado del programa H-2A durante la vigencia de este acuerdo de trabajo por legislacin o decisin judicial el empleador se reserva el derecho de pagar la nueva tarifa de salario bajo las nuevas directrices en cuanto tan pronto como sea efectivo. El empleador, a su discrecin, puede ofrecer una tasa salarial ms alta o un bono a un trabajador empleado bajo esta orden de trabajo debido a su desempeo laboral, habilidad o tenencia.

j. Job Offer Information 10

| 1. Section/Item Number * | A.8a | 2. Name of Section or Category of Material Term or Condition * | Job Duties - Terminations |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

TERMINATIONS: The employer may terminate the worker with notification to the appropriate State and federal agencies if the worker: (a) refuses without justified cause to perform work for which the worker was recruited and hired; (b) commits serious acts of misconduct; (c) hinders another worker?s productivity; (d) malingers or otherwise refuses without justified cause to perform as directed the work for which the worker was recruited and hired; (e) provides other lawful job-related reason(s) for termination of employment; (f) abandons employment; (g) fails to meet applicable production standards when production standards are applicable; (h) falsifies identification, personnel, medical, production, or other work-related records; (i) fails or refuses to take an alcohol or drug test; (j) employer discovers a criminal conviction record or status as a registered sex offender that employer reasonably believes will impair the safety and/or living conditions of other workers; (k) commits an act or acts of insubordination, including the failure to regard employer?s authority; (l) lies or provides a false statement to the employer; (m) collects any money or other thing of value from prospective employees or current employees in order for the payor to work for this employer; (n) violation of employer?s safety rules; (o) unauthorized or illegal possession, use or sale of alcohol or controlled substances on employer?s premises or during working hours, while engaged in work activities or in employer?s vehicles; (p) unauthorized or illegal possession, use or sale of weapons, firearms, or explosives on employer?s premises or in employer?s vehicles; (q) theft or dishonesty; (r) inappropriate physical contact; (s) harassment; (t) discrimination or retaliation; (u) disrespect toward fellow workers, visitors or other members of the public; (v) performing outside work or use of employer?s property, equipment or facilities in connection with outside work while on employer?s time; (w) poor attendance or poor performance. The grounds for immediate termination listed above are not all inclusive. All termination decisions will be based on an assessment of all relevant factors.

Page C.5 of C.10

Case 5:23-cv-00447-BO-BM   Document 1-2   Filed 07/28/23   Page 16 of 21



## H. Additional Material Terms and Conditions of the Job Offer

k. Job Offer Information 11

| 1. Section/Item Number * | A.8a | 2. Name of Section or Category of Material Term or Condition * | Job Duties - Terminations in Spanish |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

TERMINACIONES: El empleador puede dar por terminado el trabajador con notificacin a las agencias estatales y federales correspondientes si el trabajador: (a) se niega sin causa justificada para realizar el trabajo para el cual fue reclutado y contratado al trabajador; (b) comete actos graves de mala conducta; (c) dificulta la productividad de otro trabajador; (d) el que no este enfermo o no se niega, sin causa justificada para realizar segn las indicaciones de la obra para la cual fue contratado y contrat al trabajador; (e) proporciona otra razn relacionada con el trabajo legal (s) para la terminacin del empleo; (f) abandona su empleo; (g) no cumple las normas de produccin aplicables cuando las normas de produccin aplicables; (h) falsifica identificacin, personal, mdicos, produccin, u otros registros relacionados con el trabajo; (i) no presenta o rehsa a tomar una prueba de alcohol o drogas; (j) el empleador descubre un registro condena penal o el estado como delincuente sexual registrado que el empleador cree razonablemente perjudicar la seguridad y/o de las condiciones de vida de los dems trabajadores; (k) comete un acto o actos de insubordinacin, incluyendo el hecho de no considerar a la autoridad del empleador; (l) se encuentra o proporciona una declaracin falsa al empleador; (m) recoge dinero u otra cosa de valor a partir de los futuros empleados o empleados actuales a fin de que el pagador de trabajar para este empleador; (n) la violacin de las reglas de seguridad del empleador;(o) no autorizada o ilegal la posesin, uso o venta de alcohol o sustancias controladas en los locales del empleador o durante la jornada laboral , en el ejercicio de las actividades de trabajo o en vehculos del empleador; (p) no autorizada o ilegal la posesin, uso o venta de armas, armas de fuego o explosivos en las instalaciones del empleador o en vehculos del empleador; (q) el robo o la deshonestidad; (r) de contacto fsico inapropiado; (s) el acoso; (t) la discriminacin o represalia; (u) la falta de respeto hacia los compaeros de trabajo, visitantes u otros miembros del pblico; (v) la realizacin de trabajos fuera o utilizacin de bienes, equipos o instalaciones del empleador en relacin con el trabajo fuera, mientras que en el tiempo del empleador; (w) pobre asistencia o mal desempeo. Los motivos para la terminacin inmediata mencionados no son todo incluido. Todas las decisiones de terminacin se basarn en una evaluacin de todos los factores pertinentes.

l. Job Offer Information 12

| 1. Section/Item Number * | A.8a | 2. Name of Section or Category of Material Term or Condition * | Job Duties - Prohibited Fees |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

PROHIBITIONS AGAINST EMPLOYEES PAYING FEES: The employer and its agents have not sought or received payment of any kind from any employee subject to 8 U.S.C. 1188 for any activity related to obtaining H-2A labor certification, including payment of the employer?s attorneys' fees, application fees, or recruitment costs, as prohibited by 20 CFR 655.135(j). Costs that are the responsibility and primarily for the benefit of the worker, such as government-required passport fees, are not included in this prohibition. PROHIBICIONES CONTRA QUE EMPLEADOS PAGEN QUOTAS: El empleador y sus agentes no han solicitado o recibido pago de cualquier tipo de cualquier empleado sujeto a 8 USC 1188 para cualquier actividad relacionada con la obtencin de la certificacin de trabajo H-2A, incluyendo el pago de honorarios de abogados del empleador", las tasas de solicitud, o los costos de contratacin, que est prohibido por 20 CFR 655.135 (j). Los costos que son la responsabilidad y sobre todo en beneficio del trabajador, tales como honorarios de pasaporte requerido por el gobierno, no estn incluidos en esta prohibicin.

CONTRACTS WITH THIRD PARTIES COMPLY WITH PROHIBITIONS: The employer has contractually forbidden any foreign labor contractor or recruiter, if any, whom the employer engages, either directly or indirectly, in international recruitment of H-2A applicants to seek or receive payments from prospective employees, except as provided for in Department of Homeland Security regulations at 8 CFR 214.2(h)(5)(xi)(A). Likewise, all employees are prohibited from collecting any money or other thing of value from prospective employees or current employees in order for the payor to work for the employer. This employer has zero tolerance for prohibited payments. Employees should report to the employer immediately the name of any person seeking to collect a prohibited payment and the amount sought. Any employee found to have collected a prohibited payment will be required to reimburse the injured party immediately and will be terminated from employment. An employee cannot be discriminated against or discharged for reporting a prohibited payment. CONTRATOS CON GRUPOS QUE CUMPLEN CON PROHIBICIONES: El empleador ha prohibido por contrato cualquier contratista laboral extranjero o reclutador, en su caso, a quien el empleador se involucra, ya sea directa o indirectamente, en la contratacin internacional de los solicitantes de H-2A para buscar o recibir pagos de los futuros empleados, con excepcin de lo previsto en el reglamento del Departamento de Seguridad Nacional a las 8 CFR 214.2(h)(5)(xi)(A). Del mismo modo, todos los empleados se les prohbe la recogida de dinero u otra cosa de valor a partir de los futuros empleados o empleados actuales a fin de que el pagador de trabajar para el empleador. Este patrn tiene cero tolerancia para los pagos prohibidos. Los empleados deben informar al empleador inmediatamente el nombre de cualquier persona que busca para recoger un pago prohibido y la cantidad solicitada. Cualquier empleado que haya recogido se requerir un pago prohibido a reembolsar a la parte perjudicada de inmediato y se dar por terminado de empleo. Un empleado no puede ser objeto de discriminacin o se descarga por informar de un pago prohibido.

Page C.6 of C.10

Form ETA-790A Addendum C                    **FOR DEPARTMENT OF LABOR USE ONLY**
H-2A Case Number: H-300-22110-090553     Case Status: _____     Determination Date: _____     Validity Period: _____ to _____

Case 5:23-cv-00447-BO-BM   Document 1-2   Filed 07/28/23   Page 17 of 21



## H. Additional Material Terms and Conditions of the Job Offer

m. Job Offer Information 13

| 1. Section/Item Number * | A.8a | 2. Name of Section or Category of Material Term or Condition * | Job Duties - Other Terms and Conditions |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

Material terms and conditions of the work contract may be translated into a language understood by the worker, however the English version of the work contract shall always control. Trminos y condiciones del contrato de trabajo pueden ser traducidos en una lengua comprensible para el trabajador, sin embargo la versin en Ingls del contrato de trabajo siempre deber controlar.

SUBSTANCE ABUSE POLICY: The use or possession or being under the influence of illegal drugs or alcohol during working time is prohibited. Workers may be requested to submit to random drug or alcohol tests at no cost to the worker. Failure to comply with the request or testing positive may result in immediate termination. All testing will occur post-hire and is not a part of the interview process. POLTICA DE ABUSO DE SUSTANCIAS: El uso o posesin o estar bajo la influencia de drogas ilegales o alcohol durante el tiempo de trabajo est prohibido. Los trabajadores pueden ser solicitados a someterse a pruebas de drogas y alcohol al azar sin costo alguno para el trabajador. El incumplimiento de la solicitud o de dar positivo puede resultar en la terminacin inmediata. Todas las pruebas se producir despus de la de coches y no es una parte del proceso de la entrevista.

REQUIRED DEPARTURE: H-2A workers are required to leave the United States at the end of the period certified by the Department of Labor or separation from the employer, whichever is earlier, as required under 20 CFR 655.135(i), unless the H-2A worker is being sponsored by another subsequent employer. This shall serve as official notification of this requirement to any H-2A worker employed under the agricultural work agreement. SALIDA OBLIGATORIA: Los trabajadores H-2A necesitan salirse de los Estados Unidos a finales del perodo certificado por el Departamento de Trabajo o separacin por parte del empleador, lo que ocurra primero, segn lo dispuesto en 20 CFR 655.135 (i), a menos que el H2A trabajador est siendo patrocinado por otro empleador posterior. Esto servir como notificacin oficial de este requisito a cualquier trabajador H-2A empleado bajo el acuerdo de trabajo agrcola.

n. Job Offer Information 14

| 1. Section/Item Number * | A.8a | 2. Name of Section or Category of Material Term or Condition * | Job Duties - Job Duties Continued |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

the ground. Workers may be exposed to noxious plants and insects. Temperatures in tobacco fields during working hours may range from 40 to over 100 degrees Fahrenheit. Workers must be able to perform the job as described above. Workers may be required to perform other duties as required by the employer. The pay rate for all tobacco work is hourly paid.

Pickling Cucumbers: Move along row, stoop and bend to pick all cucumbers ¼ inch in diameter and larger. Discard all jumbo cucumbers (over two inches in diameter) in the row middle and place remaining cucumbers in a 5/8 bushel bucket. Carry full buckets to a nearby truck for dumping, receive ticket or token in emptied bucket and return to assigned row to continue task. Workers must "clean the vines" (pick all cucumbers of marketable size) and larger as specified by employer. Workers will be required to stay on their assigned row. Worker must be careful to avoid damaging vines, blooms and smaller cucumbers. May be required to block and thin cucumbers and perform general cultivation work and move tractors or trucks on the farm incidental to picking. It is extremely important that the workers remove and discard all cucumbers over two inches in diameter from the vine. Workers may be required to perform other duties as required by employer. Hand harvesting pickling cucumbers will be paid on a piece rate.

Sweet potato harvest workers will walk along row that has been previously plowed. Workers will stoop, bend and kneel to pick up sweet potatoes using hands and fingers to dig out unexposed potatoes. Workers may grade in the field separating #1's and #2's into separated 5/8 field hampers. Canners, when harvested, will be placed into a separate bin. Damaged or diseased potatoes will not be harvested. Worker will be required to stay on assigned row. Full hampers weighing up 35 lbs. will be carried to truck row to be loaded onto truck or trailer. Dumpers may stand on back of field truck and dump harvested potatoes into field bins. Workers may be required to ride mechanical harvester. Workers may be required to perform other duties as required by the employer. Hand harvesting sweet potatoes will be paid on a piece rate. Mechanical harvest work, if any, will be paid hourly.

All workers are required to follow common sanitary practices at all times. This is particularly important when touching crops for human consumption. Workers are required to cleanse their hands by washing thoroughly with soap and water before entering field for harvest activities and after each break. Smoking and the use of tobacco products prohibited during working time.

Workers may be required to perform work that is incidental to farming the crops listed in the application. All other duties, if any assigned, will be those duties of Farm Worker, Diversified Crops, DOT code 407.687-010 (SOC (ONET/OES) code 45-2092.02). This is a very demanding and competitive business in which quality specifications must be rigorously adhered to. Sloppy work cannot and will not be tolerated.

The worker understands that if he abandons his employment or is terminated for cause prior to the end of the anticipated period of employment, the worker will forfeit the ¾ guarantee and reimbursement of certain transportation costs. Excessive absences and/or tardiness cannot be tolerated and may result in termination.

Case 5:23-cv-00447-BO-BM   Document 1-2   Filed 07/28/23   Page 18 of 21



## H. Additional Material Terms and Conditions of the Job Offer

o. Job Offer Information 15

| 1. Section/Item Number * | A.8a | 2. Name of Section or Category of Material Term or Condition * | Job Duties - Job Duties Continued |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

Daily individual work assignments, crew assignments, and location of work will be made by and at the sole discretion of the employer and/or worker's supervisor.  Workers may be assigned a variety of duties in any given day and/or different tasks on different days.  Workers will be expected to perform any of the listed duties and work on any crop as assigned by the employer and/or worker's supervisor.

Halar malas hierbas/Cortar: Los trabajadores caminarán junto filas según lo especificado por el empleador y eliminar las malas hierbas y la hierba de los campos a mano o con una azada.  Cosecha a mano tabaco curado al humo, pepinos y camote. Cargue y descargue el tabaco curado al humo, pepino y camote. Realizar tareas saneamiento de granja, campo y cobertizos.  Cortar el césped y opere la podadora alrededor de los edificios agrícolas. Los trabajadores realizarán las tareas asignadas según las instrucciones de su supervisor. Puede supervisar a otros trabajadores. Puede operar y realizar pequeños trabajos de mantenimiento en vehículos o equipos agrícolas. Puede conducir camiones agrícolas, autobuses, tractores, vehículos todo terreno (ATV) y en la granja. Puede conducir el autobús o camioneta sobre la carretera. Aunque no es un requisito de contratación, si un trabajador agrícola maneja un vehículo de la compañía durante el período de empleo, al momento de operar el vehículo de la compañía el conductor debe poseer una licencia de conducir válida emitida por un estado de los Estados Unidos o equivalente extranjero y operar el vehículo de la compañía en de acuerdo con las restricciones de licencia y las clasificaciones de vehículos aplicables a esa licencia. Prolongado caminar, estar de pie, agachado, doblado y alcanzando. El trabajo es al aire libre y continúa en todo tipo de clima. Los trabajadores pueden ser solicitados a someterse a pruebas de drogas y alcohol al azar sin costo alguno para el trabajador. El incumplimiento de la solicitud o de dar prueba positiva puede resultar en la terminación inmediata. Todas las pruebas se producirán después de ser contratado y no serán parte del proceso de la entrevista. Se requieren resultados negativos antes de comenzar a trabajar. Debe ser capaz de levantar 75 libras a la altura del hombro repetidamente a lo largo de la jornada de trabajo y capaz de levantar y cargar 75 libras en el campo. No debe entorpecer otro trabajador. El uso del teléfono celular personal u otros electrónicos personal durante las horas de trabajo es estrictamente prohibido excepto para llamadas y emergencias relacionadas con el trabajo y violación puede resultar en la terminación inmediata. Requiere un mes de experiencia verificable de trabajadores agrícolas en las actividades de los cultivos mencionados.  Debe comprometerse a todo el período anticipado de empleo.

p. Job Offer Information 16

| 1. Section/Item Number * | A.8a | 2. Name of Section or Category of Material Term or Condition * | Job Duties - Job Duties in Spanish Continued |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

COSECHANDO EL TABACO: Cosechadores de tabaco maduro puede que cada surco sea de 1500 pie de largo.  Puede que la planta de tabaco sea de 4 a 6 pie de alto y colocados aparte por aproximadamente 20 pulgadas en cada surco.  Enpezando al fondo de la planta, el trabajador se doblara en la cintura para piscar dos o tres hojas mas bajas de cada planta.  Siguiendo doblado el trabajador caminara por el surco de tabaco maduro repitiendo el dicho proceso. (Las hojas al fondo pueden ser dos (2) pulgadas arriba.)  El trabajador colocara las hojas cosechadas de bajo su brazo.  Una ves que se llene el brazo, se lo llevara a la traila.  Las hojas tienen que ser puestas en la traila bien organizadas.  Luego el trabajador regresara al surco para repetir el proceso.  Todos los trabajadores tienen que tener la habilidad de estinguir tabaco maduro observando el color de las hojas.  Se debe tener cuidado de no machucar o romper las plantas.  Los trabajadores deban poder moverse rapidamente por los surcos y moverse en unisono con la traila.  Puede que los trabajadores se montaran en un transplantador mechanico y cosechador mecanico.  Trabajadores deben remover los retonios y flores de las plantas de tabaco.  Se les puede pedir a los trabajadores que llenen y cierren cajas de tabaco verde y las empujan al interior del establo, que requiere estar de pie durante largos períodos y resistencia física. Los trabajadores pueden ayudar a retirar el tabaco del granero, cargar tabaco seco en remolques, descargarlo en una cinta recolectora, trabajar para recoger material indeseable del tabaco, operar una máquina empacadora y ayudar a cargar fardos en camiones. Puedeque los trabajadores ayudaran en quitando tabaco seco del almacen colocandolo sobre sabanas para encebramiento y cargado en un camion.  El peso de estas sabanas de tabaco puede ser de 300 libras.  Se le require al trabajador que trabajen en los campos cuando las hojas de tabaco estan mojadas con lluvia o rocio.  Trabajadores deben poder estar parados para periodos largos para piscar hojas de tabaco de 2 a 10 pulgadas de la tierra.  Puede que trabajadores seran expuestos a plantas nocivos y insectos.  Temperaturas en campo de tabaco en las horas de trabajo flactuan de 40 grados F.  Hasta arriba de 100 grados F.  El pago para todo los trabajadores en tabaco es por hora.

PEPINOS:  El trabajador ira a lo largo de la hilera, agachandose y doblandose para recoger todos los pepinos de dimetro correcto.  Los trabajadores cargaran las cubetas llenas a un camion cercano para vaciarlos y recibir una ficha o cupon en el cubo vacido y regresar al surco asignado por el Patron o Supervisor para continuar la tarea.  Trabajadores deben "limpiar las Guias" (Piscar toda la fruta de tamano comerciable) como se lo exige el patron, se le exige al trabajador que se quede en el surco asignado.  El trabajador debe tener cuidado de no danar las enrredaderas (guias), flores y pepinos pequeno.  Se le puede requerir que entresaque los pepinos y los mantenga creciendo dentro de las hileras, y tambien llevar a cabo trabajo general de cultivo y mover tractores o camiones en el camp en relacion a la recogida.  Se le puede exigir que lleve a cabo otras tareas segun lo requiera el patron.  Se le exige al trabajador que se quede en el surco asignado.

Form ETA-790A Addendum C
H-2A Case Number: H-300-22110-090553

FOR DEPARTMENT OF LABOR USE ONLY
Case Status: _____ Determination Date: _____ / _____ / _____   Validity Period: _____ to _____

Case 5:23-cv-00447-BO-BM   Document 1-2   Filed 07/28/23   Page 19 of 21



## H. Additional Material Terms and Conditions of the Job Offer

q. Job Offer Information 17

| 1. Section/Item Number * | A.8a | 2. Name of Section or Category of Material Term or Condition * | Job Duties - Job Duties in Spanish Continued |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

PISCANDO EL CAMOTE: Para recoger camote caminaran a lo largo de la hilera que ya ha sido arada. Los trabajadores se agacharan, doblaran y arrodillaran para recoger camote usando las manos y dedos para escarbar y sacar los camotes que no estan expuestas. Puede que los trabajadores clasifcaran los camotes en el camp separando las del numero 1 y 2 en diferentes cubetas de 5/8 bushel. Los camotes de calificacion numero 2 seran colocados en otro cajon. Camote danado o enfermo no seran recogidos. Se le exige al trabajador que se quede en el surco asignado. Las cubetas llenas que pesan hasta 35 libras seran llevadas al surco del camion para ser cargadas al camion o "remolque." Pago para la cosecha hecho a mano es por cubeta. Los volquetes pueden pararse en la parte trasera del camión de campo y volcar las papas cosechadas en los contenedores de campo. Se le puede exigir montar un cosechador mecanico. Trabajo usando un cosechador mecanico sera pagado a salario base de efecto adverso (AEWR) por hora.

Todos los trabajadores están obligados a seguir las prácticas sanitarias comunes en todo momento. Esto es particularmente importante cuando coseches a mano son cultivadas para el consumo humano. Los trabajadores están obligados a limpiar sus manos en la forma de lavandoselas a fondo con agua y jabón antes de entrar en el campo para las actividades de cosecha y después de cada descanso. Fumar y el uso de productos de tabaco prohibido durante el tiempo de trabajo.

Se le puede ser reauerodo a los trabajadores realizer trabjo que acompañan con el cultivo de la cosechar enumerados en la solicitud. Todos los otros deberes, si asignados, seran esos deberes del trabajador agricola, cultivos diversificados, codigo DOT 407.687.010 (SOC (ONET/OES) code 45-2092.02). Este es un negocio muy exigente y competitivo en cual las especificaciones de calidad deben ser adherido rigurosamente. Trabajo descuidado no puede ser ni sera tolerado.

El trabajador entiende que si abandonan su trabajo de empleo o son terminados de empleo por causa antes de la temporada de empleo, o terminacion o como se encuentra, el trabajador pierdera la guarantia de 3/4 de reembolso de ciertos costos de transportacion. Ausencias excesivas y/o llejar tarde no puede ser tolerado y puede resultar en terminacion.

Asignaciones diarias de trabajo individual, asignaciones a tripulacion, y la locacion de trabajo sera asignado por, y nada mas por, el Empleador o supervisor. Trabajadores pueden ser asignados a una variedad de tareas en cualquierdia y/o diferentes tareas en diferentes dias. Trabajadores seran disponibles para hacer las ordenes y el trabajo en cualquier cosecha asignada por el Empleador o Supervisor.

r. Job Offer Information 18

| 1. Section/Item Number * | F.2 | 2. Name of Section or Category of Material Term or Condition * | Inbound/Outbound Transportation - Inbound/Outbound |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

Employer will reimburse transportation and subsistence expenses in accordance with 20 CFR § 655.122(h). Inbound transportation will be reimbursed at the end of the first week week. Workers may select any means of transportation they choose provided, however, that employer may arrange transportation for groups of H-2A or US workers at certain times in its discretion. Inbound and outbound transportation will be reimbursed on the basis of no less (and is not required to be more than) the most economical and reasonable charges for the distance involved. The subsistence payment shall be no less than the amount set under 20 CFR 655.173(a), which is currently $14.00 per day up to $59.00 per day for workers providing receipts. Updated subsistence rates are effective upon publication in the Federal Register. These arrangements apply only to workers who are recruited outside the area of intended employment.

El empleador reembolsará los gastos de transporte y subsistencia de acuerdo con 20 CFR § 655.122 (h). El transporte entrante se reembolsará al final de la primera semana laboral. Los trabajadores pueden seleccionar cualquier medio de transporte que elijan, sin embargo, ese empleador puede organizar el transporte para grupos de trabajadores H-2A o estadounidenses en ciertos momentos a su discreción. El transporte entrante y saliente se reembolsará sobre la base de no menos (y no se requiere que sea más que) los cargos más económicos y razonables por la distancia involucrada. El pago de subsistencia no será inferior al monto establecido en 20 CFR 655.173 (a), que actualmente es de $14.00 por día hasta $59.00 por día para los trabajadores que proporcionan recibos. Las tasas de subsistencia actualizadas son efectivas luego de su publicación en el Registro Federal.Estos arreglos se aplican solo a los trabajadores que son reclutados fuera del área de empleo prevista.

**Form ETA-790A Addendum C**

H-2A Case Number: H-300-22110-090553

**FOR DEPARTMENT OF LABOR USE ONLY**

Case Status: _____ Determination Date: _____/_____/_____ Validity Period: _____ to _____

Case 5:23-cv-00447-BO-BM   Document 1-2   Filed 07/28/23   Page 20 of 21



## H. Additional Material Terms and Conditions of the Job Offer

s. Job Offer Information 19

| 1. Section/Item Number * | A.11 | 2. Name of Section or Category of Material Term or Condition * | Pay Deductions - Pay Deductions in Spanish |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

El empleador hará las siguientes deducciones de los salarios de los trabajadores: FICA, Medicare y impuestos como lo requiere la ley; adelantos en efectivo y pago de los préstamos (A diferencia de los trabajadores estadounidenses, los trabajadores extranjeros H-2A no están sujetos a deducciones de impuestos sobre la nómina por FICA, Medicare o retenciones federales.); reembolso del pago en exceso de los salarios a los trabajadores; las tarifas telefónicas de larga distancia; recuperación de cualquier pérdida para el empleador debido a los daños del trabajador, más allá del desgaste normales y rotura o pérdida de equipos o elementos de vivienda, donde se muestra que el trabajador es responsable. No deducción no requiere que la ley se hará que trae ingresos por hora de los trabajadores por debajo de la más alta del salario mínimo federal y el salario mínimo estatal.

t. Job Offer Information 20

| 1. Section/Item Number * | F.1 | 2. Name of Section or Category of Material Term or Condition * | Daily Transportation - Terms and arrangement for daily transportation in Sp |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

El empleador proporcionar transporte sin costo para el trabajador para aquellos trabajadores que viven en una vivienda provista por el empleador y para los trabajadores que viajan diariamente a un sitio designado de informes de trabajo. Dicho transporte cumplir con todas las leyes y regulaciones federales, estatales y locales aplicables, de conformidad con 20 CFR 655.122 (h) (4). El uso de este transporte diario es voluntario; No se requiere que ningn trabajador use el transporte diario ofrecido por el empleador.

Page C.10 of C.1

Case 5:23-cv-00447-BO-BM   Document 1-2   Filed 07/28/23   Page 21 of 21