## CONSENT TO SUE

I, _____, hereby consent to be a party under 29 U.S.C. § 216(b) to the lawsuit to assert my right to the minimum wage required by the Fair Labor Standards Act.

_____
Signature

_____
Date

## CONSENTIMIENTO PARA DEMANDAR

Yo, Axel Campos Arroyo_____, por la presente estoy de acuerdo en ser parte, como lo estipula 29 U.S.C. § 216(b) para demandar con el objeto de hacer valer mis derechos al salario mínimo como lo exige el Acta de Normas Laborales Justas.

_____*[signature]*_____
Firma

_____01/24/2023_____
Fecha

## Akò pou Fè Prose

Mwen,_____ bay akò mwen pou m se yon plentif anba law 29 U.S.C. §216 (b) nan prose a pou defann dwa mwen pou m touché sale minimum jan Lalwa pou Standa Jis nan Travay (Fair Labor Standards Act) egzije.

_____
Siyati

_____
Dat