IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-417-BO-BM


AXEL ENRIQUE CAMPOS ARROYO, )
                             )
            Plaintiff,       )
                             )
       v.                    )            O R D E R
                             )
LAMM FARMS, LLC, REAL        )
CONSTRUCTIONS, LLC, ALVARADO'S )
HARVESTING, LLC, UNKNOWN     )
DEFENDANT, and RAUL GONZALEZ, )
                             )
            Defendants.      )


This cause comes before the Court on several pending motions, some of which are moot in light of the Court's approval of settlements between plaintiff and two of the defendants. The Court has approved the settlement between plaintiff and defendant Lamm Farms, LLC. [DE 44]. Plaintiff's motion for entry of default against Lamm Farms [DE 16] and Lamm Farms' motion to strike the motion for entry of default [DE 26] are therefore DENIED AS MOOT. The Court has further approved the settlement between plaintiff and defendant Real Constructions. [DE 45]. Real Constructions' motions for extension of time to answer the complaint [DE 28, 35] are therefore DENIED AS MOOT.

Plaintiff has moved for entry of default pursuant to Fed. R. Civ. P. 55(a) against the remaining defendants, Alvarado's Harvesting, LLC and Raul Gonzalez. [DE 17, 29] The clerk is DIRECTED to refer the motions for entry of default to the Clerk of Court for resolution.

SO ORDERED, this _2_ day of *April* 2024.

_____

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

2