IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-cv-417

AXEL ENRIQUE CAMPOS ARROYO, )
)
        Plaintiff, )
)
v. )
)
LAMM FARMS, LLC, *et al.*, )
)
        Defendants. )
)

## ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS ALVARADO'S HARVESTING LLC AND RAUL GONZALEZ

This matter comes before the Court on Plaintiff's Motion for Default Judgment against Defendants Alvarado's Harvesting LLC and Raul Gonzalez ("Motion"). Having reviewed the Motion, Memorandum of support thereof, Affidavit of Plaintiffs' counsel, and Complaint, the Court now FINDS, CONCLUDES, DECREES, and RULES as follows:

(1) Default was entered against Defendant Alvarado's Harvesting LLC on May 21, 2024. (D.E. 53.)

(2) Default was entered against Defendant Raul Gonzalez on May 21, 2024. (D.E. 54.)

(3) Upon Affidavit of Plaintiff's counsel, neither above Defendant is an infant, an incompetent person, or in the military service of the United States as defined in the Servicemembers Civil Relief Act of 2003, as amended.

(4) This Court has jurisdiction over the subject matter of the litigation and over the Parties.

(5) The well-pleaded allegations in Plaintiff's Complaint support the relief sought, and are sufficient to establish Defendants' joint and several liability with respect to Plaintiff's Fifth Cause of Action, brought under the TVPRA.

(6) The amount of compensatory damages Plaintiff seeks in his Motion is reasonable based on the facts of record in this case and looking at awards of such damages in cases involving similar facts.

(7) The amount of punitive damages Plaintiff seeks in his Motion is reasonable based on the facts of record in this case and looking at awards of punitive damages in cases involving similar facts brought under the TVPRA.

(8) The amount of costs and fees Plaintiff seeks in his Motion are reasonable based on the representations in the Affidavit of Plaintiff's counsel and the amount of such costs and fees as compared to the amount of damages sought.

WHEREFORE, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and Local Civil Rule 55.1(b), the Court hereby GRANTS Plaintiff's Motion and enters default judgment against Defendants Alvarado's Harvesting LLC and Raul Gonzalez, jointly and severally, for Plaintiff's claim(s) under the TVPRA in the amount of $22,800.00 in damages and $5,700.00 in reasonable costs and fees, plus interest from the date of this judgment until paid by Defendants, as follows:

a) Plaintiff is awarded and Defendants are to pay to Plaintiff $11,400.00 in compensatory damages;
b) Plaintiff is awarded and Defendants are to pay to Plaintiff $11,400.00 in punitive damages; and,

2

c) Plaintiff is awarded and Defendants are to pay to Plaintiff $5,700.00 in reasonable attorney's fees and costs.

SO ORDERED.

This the 30 day of December, 2025.

*/s/ Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE